[No. 20222–7–I.  Division One.  December 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. OSCAR MEDINA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–00673–7, Jerome M. Johnson, J., entered March 9, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse and Pekelis, JJ.

[No. 19087–3–I.  Division One.  December 12, 1988.]

JAMES MADLINGER, ET AL, *Respondents,* v. WALL STREET BROKERS, INC., ET AL, *Appellants,* LARRY STEVENS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–17617–8, Jerome M. Johnson, J., entered August 14, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Webster, JJ.

[Nos. 20722–9–I; 20723–7–I;  Division One.        December 12, 1988.]
    22629–1–I.

THE STATE OF WASHINGTON, *Respondent,* v. RAUL A. GUTIERREZ, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 87–1–00355–2, Dennis J. Britt, J., entered July 1, 1987. *Remanded* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Williams, J.